# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANIEL PALAMINO,<br>Plaintiff<br>v.<br>JOHN DOE 1, et al.,<br>Defendants. | Case No. 2:18-cv-00081-SJO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: 8/22/19.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE